IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TINA COLLINS** and **GLENDALE WALKER** | : : : | **CIVIL ACTION** |
| v. | : : | |
| **PHELAN HALLINAN DIAMOND & JONES, LLP** | : : | **NO. 17-3727** |

# ORDER

**NOW**, this 1st day of March, 2018, upon consideration of the defendant's Motion to Dismiss Plaintiffs' Complaint (Document No. 8) and the plaintiffs' response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss claims brought under 15 U.S.C. §§ 1692e(2)(A), (5), (10), and 1692j(a), it is **GRANTED**;

2. The claims brought under 15 U.S.C. §§ 1692e(2)(A), (5), (10), and 1692j(a) are **DISMISSED**; and

3. To the extent the motion seeks to dismiss claims under 15 U.S.C. § 1692g(b), it is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.